IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIJAH WASHINGTON, : | |
|     Plaintiff, : | |
| : | |
|     v. : | Case No. 2:24-cv-03190-JDW |
| : | |
| MCCAFFERY, *et al.*, : | |
|     Defendants. : | |

### ORDER

AND NOW, this 17th day of September, 2025, upon review of the docket, and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Amended Complaint (ECF No. 11) is **DISMISSED WITH PREJUDICE** due to Mr. Washington's failure to prosecute this case.

It is **FURTHER ORDERED** that the pending Motion To Dismiss (ECF No. 22) is **DENIED AS MOOT**.

The Clerk of Court shall mark this case closed.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**